# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROY OWENS

NO. 2021 KW 1381

**JANUARY 31, 2022**

---

In Re:     Roy Owens, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           340,418.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT